The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN ARCHAGA-REYES,<br>Petitioner,<br><br>v.<br><br>JACK WARNER,<br>Respondent. | CASE NO. 2:25-cv-00027-BJR-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's federal habeas Petition is DISMISSED without prejudice.

(3) Petitioner's request for court-appointed counsel is DENIED as moot.

(3) A certificate of appealability is DENIED in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

DATED this 1st day of May, 2025.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER
- 1